BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

FILED

JUL 28 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>TYNISHA MARIE HORNBUCKLE,<br>    aka "NeNe,"<br>    aka "My Nookie,"<br>    aka "No FEELINGs,"<br>TAMRELL RENA HORNBUCKLE,<br>    aka Tamrell Rena Ellis,<br>    aka "$$$mexcn.y$b10nco$$,"<br>LATRELLE ALICIA HORNBUCKLE,<br>CHERRELLE ELIZABTH HORNBUCKLE,<br>TAMMY RENA BROWN, and<br>JACQUELIN LANOISE RADISHA WADE,<br>    aka "CoCo,"<br><br>            Defendant. | Case No. 2:11-CR-327 MCE<br><br>ORDER TO SEAL<br><br>(UNDER SEAL)<br><br>SEALED |

   The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Kyle Reardon to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the

///

///

1  Order, in the above-referenced case, shall be sealed until the
2  arrest of the defendants or until further order of the Court.
3  DATED: _July 28, 2011_

**GREGORY G. HOLLOWS**
GREGORY G. HOLLOWS
United States Magistrate Judge