1  BENJAMIN B. WAGNER
   United States Attorney
2  KYLE F. REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700



**FILED**

AUG -1 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | D.C. NO. 2-11-CR-327 MCE |
| v. | ) | APPLICATION AND ORDER |
| | ) | FOR UNSEALING INDICTMENT |
| TYNISHA MARIE HORNBUCKLE, et al. | ) | |
| Defendants. | ) | |

On July 28, 2011, the indictment was filed in the above-referenced case. Since the defendants have now been arrested, it is no longer necessary for the indictment to be sealed. The government respectfully requests that the indictment be unsealed.

DATED: August 1, 2011                BENJAMIN B. WAGNER
                                     United States Attorney

                                     By: /s/ Kyle Reardon
                                         KYLE F. REARDON
                                         Assistant U.S. Attorney

                                     ORDER
SO ORDERED:

DATED: August 1, 2011                /s/ Kendall J. Newman
                                     HON. KENDALL J. NEWMAN
                                     U.S. Magistrate Judge

1