BRUCE LOCKE (#177787)
Moss & Locke
800 Howe Avenue, Suite 110
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
TYNISHA HORNBUCKLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TYNISHA HORNBUCKLE, et al.,<br><br>　　　　Defendants. | No.   CR. S-11-327 MCE<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT; ORDER |

　　　　IT IS HEREBY STIPULATED AND AGREED between the defendants, Tynisha Hornbuckle, Tamrell Hornbuckle, Latrelle Hornbuckle, Cherrelle Hornbuckle, and Tammy Brown, by and through their undersigned defense counsel, and the United States of America by and through its counsel, Assistant U.S. Attorney Kyle Reardon, that the status conference presently set for January 5, 2012 at 9:00 a.m., should be continued to February 16, 2012 at 9:00 a.m., and that time under the Speedy Trial Act should be excluded from January 5, 2012 through February 16, 2012.

　　　　The reason for the continuance is the defense needs additional time to complete potential plea negotiations and to prepare for trial. The case is currently set for trial on June 4, 2012.  Accordingly, the time between January 5, 2012 and February 16, 2012 should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation.  The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Chastaine, Mr. Hedberg, Mr. Peters, Mr. Warriner, and Mr. Reardon have authorized Mr. Locke to sign this pleading for them. .

1

DATED: December 22, 2011            /S/ Bruce Locke
BRUCE LOCKE
Attorney for Tynisha Hornbuckle

DATED: December 22, 2011            /S/ Bruce Locke
MICHAEL L. CHASTAINE
Attorney for Tamrell Hornbuckle

DATED: December 22, 2011            /S/ Bruce Locke
OLAF WILLIAM HEDBERG
Attorney for Latrelle Hornbuckle

DATED: December 22, 2011            /S/ Bruce Locke
RONALD JAMES PETERS
Attorney for Cherrelle Hornbuckle

DATED: December 22, 2011            /S/ Bruce Locke
TIMOTHY E. WARRINER
Attorney for Tammy Brown

DATED: December 22, 2011            /S/ Bruce Locke
For KYLE REARDON
Attorney for the United States

The Court finds, for the reasons stated above, that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial, and, therefore,

IT IS SO ORDERED.

Dated: January 4, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE