BRUCE LOCKE (#177787)
Moss & Locke
800 Howe Avenue, Suite 110
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
TYNISHA HORNBUCKLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:11-cr-00327-MCE |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE AND EXCLUDE TIME |
| v. | ) | UNDER SPEEDY TRIAL ACT; ORDER |
| | ) | THEREON |
| | ) | |
| TYNISHA HORNBUCKLE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED AND AGREED between the defendants, Tynisha Hornbuckle, Tamrell Hornbuckle, Latrelle Hornbuckle, Cherrelle Hornbuckle, and Tammy Brown, by and through their undersigned defense counsel, and the United States of America by and through its counsel, Assistant U.S. Attorney Kyle Reardon, that the status conference presently set for February 9, 2012 at 9:00 a.m., should be continued to March 8, 2012 at 9:00 a.m., and that time under the Speedy Trial Act should be excluded from February 9, 2012 through March 8, 2012.

The reason for the continuance is the defense needs additional time to conduct pretrial investigation , including the identification and interview of the alleged victims and witnesses, and review of recently provided discovery; complete potential plea negotiations; and prepare for trial. The exclusion of time is also necessary to ensure continuity of counsel. The case is currently set for trial on June 4, 2012.  Accordingly, the time between February 9, 2012 and March 8, 2012 should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation.

1

1 The parties stipulate that the ends of justice served by granting this continuance outweigh the best
2 interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Chastaine,
3 Mr. Hedberg, Mr. Peters, Mr. Warriner, and Mr. Reardon have authorized Mr. Locke to sign this
4 pleading for them. .

DATED: February 4, 2012                 /S/ Bruce Locke
                                        BRUCE LOCKE
                                        Attorney for Tynisha Hornbuckle

DATED: February 4, 2012                 /S/ Bruce Locke
                                        HAYES GABLE
                                        Attorney for Tamrell Hornbuckle

DATED: February 4, 2012                 /S/ Bruce Locke
                                        OLAF WILLIAM HEDBERG
                                        Attorney for Latrelle Hornbuckle

DATED: February 4, 2012                 /S/ Bruce Locke
                                        RONALD JAMES PETERS
                                        Attorney for Cherrelle Hornbuckle

DATED: February 4, 2012                 /S/ Bruce Locke
                                        TIMOTHY E. WARRINER
                                        Attorney for Tammy Brown

DATED: February 4, 2012                 /S/ Bruce Locke
                                        For KYLE REARDON
                                        Attorney for the United States

ORDER

The Court finds, for the reasons stated above, that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial, and, therefore, the Status Conference in this matter is continued from February 9, 2012 to March 8, 2012 at 9:00 a.m.

IT IS SO ORDERED.

Dated:  February 8, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE