1  BRUCE LOCKE (#177787)
   Moss & Locke
2  800 Howe Avenue, Suite 110
   Sacramento, CA 95825
3  (916) 569-0667
   (916) 569-0665 fax
4  Attorneys for
   TYNISHA HORNBUCKLE
5

6                IN THE UNITED STATES DISTRICT COURT

7              FOR THE EASTERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,        )   No.  CR. S-11-327 MCE
                                    )
9            Plaintiff,             )
                                    )   STIPULATION TO CONTINUE STATUS
10                                  )   CONFERENCE AND EXCLUDE TIME
     v.                             )   UNDER SPEEDY TRIAL ACT
11                                  )
   TYNISHA HORNBUCKLE, et al.,      )
12                                  )
             Defendants.            )
13 _____)

14         IT IS HEREBY STIPULATED AND AGREED between the defendants, Tynisha

15 Hornbuckle, Tamrell Hornbuckle, Latrelle Hornbuckle, Cherrelle Hornbuckle, and Tammy Brown,

16 by and through their undersigned defense counsel, and the United States of America by and through

17 its counsel, Assistant U.S. Attorney Kyle Reardon, that the status conference presently set for March

18 8, 2012 at 9:00 a.m., should be continued to April 12, 2012 at 9:00 a.m., and that time under the

19 Speedy Trial Act should be excluded from March 8, 2012 through April 12, 2012.

20         The reason for the continuance is the defense needs additional time to conduct pretrial

21 investigation , including the identification and interview of the alleged victims and witnesses, and

22 review of recently provided discovery; complete potential plea negotiations; and prepare for trial.

23 The exclusion of time is also necessary to ensure continuity of counsel. The case is currently set for

24 trial on June 4, 2012. Accordingly, the time between March 8, 2012 and April 12, 2012 should be

25 excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section

26 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends

27 of justice served by granting this continuance outweigh the best interests of the public and the

28

29                                          1

defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Gavle, Mr. Hedberg, Mr. Peters, Mr. Warriner, and Mr. Reardon have authorized Mr. Locke to sign this pleading for them. .

DATED: March 6, 2012        /S/ Bruce Locke
                            BRUCE LOCKE
                            Attorney for Tynisha Hornbuckle

DATED: March 6, 2012        /S/ Bruce Locke
                            HAYES GABLE
                            Attorney for Tamrell Hornbuckle

DATED: March 6, 2012        /S/ Bruce Locke
                            OLAF WILLIAM HEDBERG
                            Attorney for Latrelle Hornbuckle

DATED: March 6, 2012        /S/ Bruce Locke
                            RONALD JAMES PETERS
                            Attorney for Cherrelle Hornbuckle

DATED: March 6, 2012        /S/ Bruce Locke
                            TIMOTHY E. WARRINER
                            Attorney for Tammy Brown

DATED: March 6, 2012        /S/ Bruce Locke
                            For KYLE REARDON
                            Attorney for the United States

The Court finds, for the reasons stated above, that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial, and, therefore.

IT IS SO ORDERED.

Dated: March 8, 2012

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE