BRUCE LOCKE (#177787)
Moss & Locke
800 Howe Avenue, Suite 110
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
TYNISHA HORNBUCKLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:11-cr-00327-MCE |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE AND EXCLUDE TIME |
| v. | ) | UNDER SPEEDY TRIAL ACT |
| | ) | |
| TYNISHA HORNBUCKLE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

     IT IS HEREBY STIPULATED AND AGREED between the defendants, Tynisha Hornbuckle, Tamrell Hornbuckle, Latrelle Hornbuckle, Cherrelle Hornbuckle, and Tammy Brown, by and through their undersigned defense counsel, and the United States of America by and through its counsel, Assistant U.S. Attorney Kyle Reardon, that the status conference presently set for March 8, 2012 at 9:00 a.m., should be continued to April 12, 2012 at 9:00 a.m., and that time under the Speedy Trial Act should be excluded from March 8, 2012 through April 12, 2012.

     The reason for the continuance is the defense needs additional time to conduct pretrial investigation , including the identification and interview of the alleged victims and witnesses, and review of recently provided discovery; complete potential plea negotiations; and prepare for trial. The exclusion of time is also necessary to ensure continuity of counsel. The case is currently set for trial on June 4, 2012. Accordingly, the time between March 8, 2012 and April 12, 2012 should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation.

///

1  The parties stipulate that the ends of justice served by granting this continuance outweigh the best
2  interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Gavle, Mr.
3  Hedberg, Mr. Peters, Mr. Warriner, and Mr. Reardon have authorized Mr. Locke to sign this
4  pleading for them. .

6  DATED: March 6, 2012                    /S/ Bruce Locke
                                            BRUCE LOCKE
7                                           Attorney for Tynisha Hornbuckle

8  DATED: March 6, 2012                    /S/ Bruce Locke
                                            HAYES GABLE
9                                           Attorney for Tamrell Hornbuckle

10 DATED: March 6, 2012                    /S/ Bruce Locke
                                            OLAF WILLIAM HEDBERG
11                                          Attorney for Latrelle Hornbuckle

12 DATED: March 6, 2012                    /S/ Bruce Locke
                                            RONALD JAMES PETERS
13                                          Attorney for Cherrelle Hornbuckle

14 DATED: March 6, 2012                    /S/ Bruce Locke
                                            TIMOTHY E. WARRINER
15                                          Attorney for Tammy Brown

16 DATED: March 6, 2012                    /S/ Bruce Locke
                                            For KYLE REARDON
17                                          Attorney for the United States

20     The Court finds, for the reasons stated above, that the ends of justice served by granting this
21 continuance outweigh the best interests of the public and the defendants in a speedy trial, and,
22 therefore.
23     IT IS SO ORDERED.

24  Dated: March 12, 2012

                                            _____
                                            MORRISON C. ENGLAND, JR.
                                            UNITED STATES DISTRICT JUDGE