BRUCE LOCKE (#177787)
Moss & Locke
800 Howe Avenue, Suite 110
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
TYNISHA HORNBUCKLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:11-cr-00327-MCE |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT |
| v. | ) | |
| TYNISHA HORNBUCKLE, et al., | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED AND AGREED between the defendants, Tynisha Hornbuckle, Tamrell Hornbuckle, Latrelle Hornbuckle, Cherrelle Hornbuckle, and Tammy Brown, by and through their undersigned defense counsel, and the United States of America by and through its counsel, Assistant U.S. Attorney Kyle Reardon, that the status conference presently set for April 9, 2012 at 10:00 a.m., should be continued to the Trial Confirmation Hearing on May 3, 2012 at 9:00 a.m., and that time under the Speedy Trial Act should be excluded from April 9, 2012 through May 3, 2012.

The reason for the continuance is the defense needs additional time to conduct pretrial investigation , including the identification and interview of the alleged victims and witnesses, and review of recently provided discovery; complete potential plea negotiations; and prepare for trial. The exclusion of time is also necessary to ensure continuity of counsel. The case is currently set for trial on June 4, 2012.  Accordingly, the time between April 9, 2012 and s May 3, 2012 should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation.

1

1  The parties stipulate that the ends of justice served by granting this continuance outweigh the best
2  interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Gavle, Mr.
3  Hedberg, Mr. Peters, Mr. Warriner, and Mr. Reardon have authorized Mr. Locke to sign this
4  pleading for them. .

7  DATED: April 5, 2012                              /S/ Bruce Locke
                                                     BRUCE LOCKE
8                                                    Attorney for Tynisha Hornbuckle

10 DATED: April 5, 2012                              /S/ Bruce Locke
                                                     HAYES GABLE
                                                     Attorney for Tamrell Hornbuckle

12 DATED: April 5, 2012                              /S/ Bruce Locke
                                                     OLAF WILLIAM HEDBERG
13                                                   Attorney for Latrelle Hornbuckle

15 DATED: April 5, 2012                              /S/ Bruce Locke
                                                     RONALD JAMES PETERS
                                                     Attorney for Cherrelle Hornbuckle

17 DATED: April 5, 2012                              /S/ Bruce Locke
                                                     TIMOTHY E. WARRINER
18                                                   Attorney for Tammy Brown

21 DATED: April 5, 2012                              /S/ Bruce Locke
                                                     For KYLE REARDON
                                                     Attorney for the United States

1  The Court finds, for the reasons stated above, that the ends of justice served by granting this
2  continuance outweigh the best interests of the public and the defendants in a speedy trial, and,
3  therefore.
4      IT IS SO ORDERED.

Dated: April 9, 2012

                          MORRISON C. ENGLAND, JR.
                          UNITED STATES DISTRICT JUDGE