**1** BENJAMIN B. WAGNER
United States Attorney
**2** KYLE REARDON
Assistant U.S. Attorney
**3** NICHOLAS FOGG
Special Assistant U.S. Attorney
**4** 501 I Street, Suite 10-100
Sacramento, CA  95814
**5** (916) 554-2700
(916) 554-2900 FAX

**6**

**7**

**8**           IN THE UNITED STATES DISTRICT COURT

**9**              EASTERN DISTRICT OF CALIFORNIA

**10**

**11** UNITED STATES,            ) CASE NO.  2:11-CR-00327 MCE
                          )
**12**           Plaintiff,      )
                          )
**13** v.                        ) **STIPULATION AND ORDER CONTINUING**
                          ) **SENTENCING FROM  AUGUST 9, 2012,**
**14** TYNISHA MARIE HORNBUCKLE, and ) **TO SEPTEMBER 25, 2012**
TAMRELL RENA HORNBUCKLE    )
**15**                           )
          Defendant.       )
**16** _____  )

**17**

**18**     The parties request that the judgment and sentencing currently

**19** set for August 9, 2012, at 9:00 a.m., be continued to Tuesday,

**20** September 25, 2012, at 9:00 a.m.  This continuance is necessary in

**21** order to allow for the presentation of evidence on several disputed

**22** sentencing issues.  The United States intends to call at least three,

**23** ///

**24** ///

**25** ///

**26** ///

**27** ///

**28** ///

and up to six witnesses during the sentencing hearing.  The parties anticipate that the sentencing hearing will take approximately four hours.

Dated: August 8, 2012                    Respectfully Submitted,

                                                          BENJAMIN B. WAGNER
                                                        United States Attorney


                                       By:  */s/ Kyle Reardon*
                                                   KYLE REARDON
                                                   Assistant U.S. Attorney

                                                 NICHOLAS FOGG
                                                 Special Assistant U.S. Attorney


Dated: August 8, 2012                    */s/ Kyle Reardon* for
                                          BRUCE LOCKE
                                            Attorney for the Tynisha Hornbuckle


Dated: August 8, 2012                    */s/ Kyle Reardon* for
                                          HAYES GABLE
                                            Attorney for the Tamrell Hornbuckle

**ORDER**

The parties' stipulation is approved.  The judgment and sentencing currently set for August 9, 2012, at 9:00 a.m., is continued to September 25, 2012, at 9:00 a.m.

    IT IS SO ORDERED.

Dated:  August 14, 2012

                                      MORRISON C. ENGLAND, JR
                                      UNITED STATES DISTRICT JUDGE