UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-cr-00327 MCE AC |
| Respondent, | |
| v. | ORDER |
| TAMRELL RENA HORNBUCKLE, | |
| Movant. | |

Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct her sentence pursuant to 28 U.S.C. § 2255. Since movant may be entitled to the requested relief if she can establish a violation of her constitutional rights, respondent shall be directed to respond to the motion.

Movant has also requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in § 2255 proceedings. See, e.g., Irwin v. United States, 414 F.2d 606 (9th Cir. 1969). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at this time.

Finally, movant seeks transcripts at the government's expense. ECF No. 217. Because responded is required to file the pertinent transcripts with the answer, and these documents will be served on movant, this motion will be denied as moot.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent is directed to file and serve an answer within thirty days of the effective date of this order. <u>See</u> Rule 4, Rules Governing Section 2255 Proceedings.

2. Respondent shall include with the answer, and serve on movant, any and all transcripts or other documents relevant to the determination of the issues presented in the motion. Rule 5, Rules Governing Section 2255 Proceedings. Accordingly, movant's motion for transcripts (ECF No. 217) is DENIED as moot.

3. Movant's traverse, if any, is due on or before thirty days from the date respondent's answer is filed.

4. The Clerk of the Court shall serve a copy of this order, together with a copy of movant's motion, on the United States Attorney or his authorized representative.

5. Movant's motion for appointment of counsel (ECF No. 220) is DENIED without prejudice to a renewal of the request at a later stage of the proceedings.

DATED: April 4, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE