# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-cr-0327 MCE AC |
| Respondent/Plaintiff, | |
| v. | ORDER |
| TAMRELL RENA HORNBUCKLE, | |
| Movant/Defendant. | |

Respondent has filed a request to seal Exhibit B to its opposition to Movant's motion to vacate, set aside, or correct her sentence pursuant to 28 U.S.C. § 2255. ECF No. 229.

The Court has considered the factors set forth in Oregonian Publishing Co. v. U.S. District Court for the District of Oregon, 920 F.2d 1462, 1466 (9th Cir. 1990), and finds that, for the reasons stated in the Government's request, sealing Exhibit B serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the government would be harmed and that there are no additional alternatives to sealing the government's motion that would adequately protect the compelling interests identified by the government.

Accordingly, pursuant to Local Rule 141(b) and based upon the representation contained in the Government's Request to Seal, IT IS HEREBY ORDERED that the Government's Exhibit B of its Opposition to Movant's Motion pursuant to 28 U.S.C. § 2255 pertaining to defendant

1

Tamrell Hornbuckle, and the Government's Request to Seal shall be filed UNDER SEAL until further order of this Court. Respondent shall submit its Request to Seal and Exhibit B for filing under seal as set forth in Local Rule 141(e)(2)(i).

IT IS FURTHER ORDERED that electronic access to the sealed documents shall be limited to the Government and the *pro se* movant, Tamrell Hornbuckle.

DATED: August 20, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE