§UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
August 20, 2024
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TAMRELL RENA HORNBUCKLE,

    Defendant.

Case No. 2:11-CR-00327-DAD-2

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  TAMRELL RENA HORNBUCKLE , Case No.  2:11-CR-00327-DAD-2 , Charge 18 U.S.C. § 3606, from custody for the following reasons:

\_\_\_\_ Release on Personal Recognizance

\_\_\_\_ Bail Posted in the Sum of $ _____

    \_\_\_\_ Unsecured Appearance Bond $ _____

    \_\_\_\_ Appearance Bond with 10% Deposit

    \_\_\_\_ Corporate Surety Bail Bond

    \_\_\_\_ (Other):  The Court sentenced the defendant to a term of

    **X**   imprisonment of time served as of 8/20/2024. Defendant Shall be

    \_\_\_\_ Ordered Released on 8/20/2024.

Issued at Sacramento, California on August 20, 2024, at  *10:25*  a.m

By: *Dale A. Drozd*

District Judge Dale A. Drozd